| | | |
|---|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>BRUCE D. CELEBREZZE  Bar No. 102181 | **E-filed 4/28/06** |
| 2 | DENNIS G. ROLSTAD  Bar No. 150006<br>MICHELLE Y. McISAAC  Bar No. 215294 | |
| 3 | One Market Plaza<br>Steuart Tower, 8th Floor | |
| 4 | San Francisco, California 94105<br>Telephone: (415) 781-7900 | |
| 5 | Facsimile: (415) 781-2635<br>dennis.rolstad@sdma.com | |
| 6 | | |
| 7 | Attorneys for Defendants<br>CONTINENTAL CASUALTY COMPANY, | |
| 8 | GARTNER GROUP, INC. SHORT TERM<br>DISABILITY PLAN, and GARTNER GROUP, INC. | |
| 9 | LONG TERM DISABILITY PLAN | |

10     UNITED STATES DISTRICT COURT

11     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

| | | |
|---|---|---|
| 13 | ROBERT O. SCHNEIDER, | CASE NO. C05-03923 JF |
| 14 | Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO TAKE CONFERENCE OFF CALENDAR** |
| 15 | v. | |
| 16 | CONTINENTAL CASUALTY<br>COMPANY; GARTNER GROUP, INC. | |
| 17 | SHORT TERM DISABILITY PLAN;<br>GARTNER GROUP, INC. LONG TERM | |
| 18 | DISABILITY PLAN, | |
| 19 | Defendants. | |

20

21

22     PLEASE TAKE NOTICE that the parties to this action, plaintiff Robert O. Schneider and

23 defendants Continental Casualty Company, Gartner Group Inc. Short Term Disability Plan, and

24 Gartner Group Inc. Long Term Disability Plan, have agreed to a settlement of this matter,

25 conditioned only upon completion and execution of a written settlement agreement.  The parties

26 request that they be relieved of the requirement that they file a further status report, and that the

27 Court's further case management conference set for April 28, 2006 be taken off calendar.  The

28 parties will submit a stipulation for dismissal of this action with prejudice following the

1  execution of the settlement agreement, which the parties estimate should be accomplished within

2  forty-five (45) days of the date of this notice.

3  DATED: April 20, 2006           LAW OFFICES OF SILVER & TAUBE

4

5                                  By:s/Ruth Silver Taube
                                        MELVYN D. SILVER
6                                       RUTH SILVER-TAUBE
                                    Attorneys for Plaintiff
7                                       ROBERT O. SCHNEIDER

8

9  DATED: April 20, 2006           SEDGWICK, DETERT, MORAN & ARNOLD LLP

10

11
                                    By:s/Michelle Y. McIsaac
12                                      DENNIS G. ROLSTAD
                                        MICHELLE Y. McISAAC
13                                  Attorneys for Defendants
                                    CONTINENTAL CASUALTY COMPANY,
14                                  GARTNER GROUP, INC. SHORT TERM
                                    DISABILITY PLAN, and GARTNER GROUP, INC.
15                                  LONG TERM DISABILITY PLAN

16

17     4/27/06 IT IS SO ORDERED.

18

19

20
                                    JUDGE JEREMY FOGEL US DISTRICT COURT
21

22

23

24

25

26

27

28