1   LAW OFFICES OF SILVER & TAUBE
    MELVYN D. SILVER.  Bar No. 48674
2   RUTH SILVER-TAUBE  Bar No. 169589
    300 South First Street, Suite 205
3   San Jose, California 95113
    Telephone: (408) 298-9755                          **E-filed 6/14/06**
4   Facsimile:  (408) 298-9699

5   Attorneys for Plaintiff
    ROBERT O. SCHNEIDER

6

7   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE  Bar No. 102181
8   DENNIS G. ROLSTAD  Bar No. 150006
    MICHELLE Y. McISAAC  Bar No. 215294
9   One Market Plaza
    Steuart Tower, 8th Floor
10  San Francisco, California 94105
    Telephone: (415) 781-7900
11  Facsimile: (415) 781-2635
    dennis.rolstad@sdma.com

12
    Attorneys for Defendants
13  CONTINENTAL CASUALTY COMPANY,
    GARTNER GROUP, INC. SHORT TERM
14  DISABILITY PLAN, and GARTNER GROUP, INC.
    LONG TERM DISABILITY PLAN

15

16                  UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19  ROBERT O. SCHNEIDER,                CASE NO. C05-03923 JF

20          Plaintiff,                  **STIPULATION AND [PROPOSED]
                                        ORDER RE DISMISSAL OF ENTIRE
21      v.                              ACTION WITH PREJUDICE**

22  CONTINENTAL CASUALTY
    COMPANY; GARTNER GROUP, INC.
23  SHORT TERM DISABILITY PLAN;
    GARTNER GROUP, INC. LONG TERM
24  DISABILITY PLAN,

25          Defendants.

26

27          IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff Robert O.

28  Schneider and defendants Continental Casualty Company, Gartner Group, Inc. Short Term

1  Disability Plan, and Gartner Group, Inc. Long Term Disability Plan, by and through their

2  respective attorneys of record herein, that the parties have resolved this matter in its entirety, and

3  that the parties to date have complied with the written settlement agreement.

4          IT IS THEREFORE STIPULATED AND AGREED that this entire action shall

5  be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

6  DATED:  May 15, 2006          LAW OFFICES OF SILVER & TAUBE

7

8                                 By:s/Melvyn D. Silver
                                      MELVYN D. SILVER
9                                     RUTH SILVER-TAUBE
                                      Attorneys for Plaintiff
10                                    ROBERT O. SCHNEIDER

11  DATED:  June 9, 2006          SEDGWICK, DETERT, MORAN & ARNOLD LLP

12

13
                                 By:s/Michelle Y. McIsaac
14                                    DENNIS G. ROLSTAD
                                      MICHELLE Y. McISAAC
15                                    Attorneys for Defendants
                                      CONTINENTAL CASUALTY COMPANY, GARTNER
16                                    GROUP, INC. SHORT TERM DISABILITY PLAN, and
                                      GARTNER GROUP, INC. LONG TERM DISABILITY
17                                    PLAN

18

19                               ORDER

20      IT IS SO ORDERED.

21

22  DATED: ___6/13/06___

23                               _____
                                 JUDGE OF THE UNITED STATES DISTRICT COURT

24

25

26

27

28